**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6792**

---

BARRY ALLEN BOYD,

Petitioner - Appellant,

versus

ALTON    BASKERVILLE,    Warden,    Powhatan
Correctional Center,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-01-347-7)

---

Submitted:  July 18, 2002          Decided:  July 25, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Barry Allen Boyd, Appellant Pro Se.  Leah Ann Darron, Assistant
Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry Allen Boyd appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Boyd v. Baskerville, No. CA-01-347-7 (W.D. Va. Apr. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED